| **Fill in this information to identify your case:** |
|---|
| United States Bankruptcy Court for the: |
| CENTRAL DISTRICT OF CALIFORNIA |
| Case number *(if known)* _____ Chapter **11** |
| ☐ Check if this an amended filing |

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy  4/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | Debtor's name | **WJA SECURE INCOME FUND, LLC** |
| 2. | All other names debtor used in the last 8 years<br>Include any assumed names, trade names and *doing business as* names | |
| 3. | Debtor's federal Employer Identification Number (EIN) | **27-3992980** |
| 4. | Debtor's address | **Principal place of business**<br><br>**23046 Avenida de la Carlota, LLC**<br>**Suite 150**<br>**Laguna Hills, CA 92653**<br>Number, Street, City, State & ZIP Code<br><br>**Orange**<br>County | **Mailing address, if different from principal place of business**<br><br>P.O. Box, Number, Street, City, State & ZIP Code<br><br>**Location of principal assets, if different from principal place of business**<br><br>Number, Street, City, State & ZIP Code |
| 5. | Debtor's website (URL) | |
| 6. | Type of debtor | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other. Specify: _____ |

Debtor  **WJA SECURE INCOME FUND, LLC**    Case number (*if known*) _____
       Name

**7. Describe debtor's business**

A. *Check one:*
- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ■ None of the above

B. *Check all that apply*
- ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.
____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*
- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11. *Check all that apply*:
  - ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ A plan is being filed with this petition.
  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

- ■ No.
- ☐ Yes.

If more than 2 cases, attach a separate list.

District _____ When _____ Case number _____
District _____ When _____ Case number _____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

- ■ No
- ☐ Yes.

List all cases. If more than 1, attach a separate list

Debtor _____ Relationship _____
District _____ When _____ Case number, if known _____

Debtor    **WJA SECURE INCOME FUND, LLC**    Case number (*if known*) _____
     Name

**11. Why is the case filed in *this district*?**    *Check all that apply:*

- ■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
- ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

- ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
  What is the hazard? _____
- ☐ It needs to be physically secured or protected from the weather.
- ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
- ☐ Other _____

**Where is the property?** _____
    Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes. Insurance agency _____
    Contact name _____
    Phone _____

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**    *Check one:*

- ■ Funds will be available for distribution to unsecured creditors.
- ☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ■ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor  **WJA SECURE INCOME FUND, LLC**  Case number (*if known*)
Name

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **May 18, 2017**
MM / DD / YYYY

X  **/s/ Howard Grobstein**                                **Howard Grobstein**
Signature of authorized representative of debtor           Printed name

Title  **Chief Restructuring Officer**

**18. Signature of attorney**

X  **/s/ Lei Lei Wang Ekvall**                             Date  **May 18, 2017**
Signature of attorney for debtor                                  MM / DD / YYYY

**Lei Lei Wang Ekvall**
Printed name

**SMILEY WANG-EKVALL, LLP**
Firm name

**3200 Park Center Drive, Suite 250**
**Costa Mesa, CA 92626**
Number, Street, City, State & ZIP Code

Contact phone  **(714) 445-1000**    Email address  **lekvall@swelawfirm.com**

**163047, California**
Bar number and State

Fill in this information to identify the case:

Debtor name: **WJA SECURE INCOME FUND, LLC**

United States Bankruptcy Court for the: **CENTRAL DISTRICT OF CALIFORNIA**

Case number (if known): _____

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders 12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Blake Deluca<br>21492 Moresby Way<br>Lake Forest, CA 92630 | | Membership Equity Holder | | | | $208,465.70 |
| Equity Trust Co. Custodian FBO<br>The Roger and Marilou Heckman Family Tru<br>33555 Halyard Dr<br>Dana Point, CA 92629 | | Membership Equity Holder | | | | $271,915.85 |
| Equity Trust Company Custodian FBO<br>Jill McFall IRA<br>8487 E. Frostwood St<br>Anaheim, CA 92808 | | Membership Equity Holder | | | | $261,744.70 |
| Equity Trust Company Custodian FBO<br>Alan C Ivar, IRA<br>209 S. Stephanie St. B 124<br>Henderson, NV 89012 | | Membership Equity Holder | | | | $138,263.26 |
| Equity Trust Company Custodian FBO<br>Laurel J. Enloe IRA<br>302 E. Cypress<br>Anaheim, CA 92805 | | Membership Equity Holder | | | | $130,320.37 |
| ETC FBO<br>Cannon Gasket, Inc. Pension PSP<br>7784 Edison Ave<br>Fontana, CA 92336 | | Membership Equity Holder | | | | $171,982.92 |

Official form 204    Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims    page 1

Debtor **WJA SECURE INCOME FUND, LLC**  
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **ETC FBO Angie B. Rust IRA**  493 South Grand Street  Orange, CA 92866 | | **Membership Equity Holder** | | | | $137,338.12 |
| **ETC FBO D. James Armstrong IRA**  813 Amaryllis Lane  Venice, FL 34292 | | **Membership Equity Holder** | | | | $112,451.98 |
| **ETC FBO Elaine Garland**  419 Main Street #33  Huntington Beach, CA 92648 | | **Membership Equity Holder** | | | | $250,904.12 |
| **ETC FBO John Clark Stancil**  8517 Galway Place  San Diego, CA 92129 | | **Membership Equity Holder** | | | | $204,643.83 |
| **ETC FBO Justin and Kristina Davis**  22483 Mission Hills Lane  Yorba Linda, CA 92887 | | **Membership Equity Holder** | | | | $264,508.55 |
| **ETC FBO Kenneth James Terpening IRA**  8516 Dreyfus Drive  Peoria, AZ 85381 | | **Membership Equity Holder** | | | | $152,608.83 |
| **ETC FBO Pinkowski Family Trust**  2124 Colina Del Arco Iris  San Clemente, CA 92673 | | **Membership Equity Holder** | | | | $190,081.31 |
| **ETC FBO The Eggers Trust**  28832 Drakes Bay  Laguna Niguel, CA 92677 | | **Membership Equity Holder** | | | | $155,630.14 |
| **ETC FBO Tom & Dori Lewis**  33681 Scottys Cove Drive  Dana Point, CA 92629 | | **Membership Equity Holder** | | | | $124,530.44 |
| **ETC FBO Val Dodd IRA**  2848 Saint Dizier  Henderson, NV 89044 | | **Membership Equity Holder** | | | | $123,006.84 |

Debtor **WJA SECURE INCOME FUND, LLC**　　　　　　　　　　　　　　　　Case number *(if known)*
　　　　Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **Marilou heckman**<br>**33555 Halyard Drive**<br>**Dana Point, CA 92629** | | **Promissory Note** | | | | **$166,263.36** |
| **Paul Lemmon and Linda Lemmon Trust**<br>**16282 Hawaii Lane**<br>**Huntington Beach, CA 92649** | | **Membership Equity Holder** | | | | **$131,689.35** |
| **Stan and Gail Savitski**<br>**1214 Via Visalia**<br>**San Clemente, CA 92672** | | **Membership Equity Holder** | | | | **$122,975.62** |
| **The Wayne Mertes Company, A Partnership**<br>**8 Wild Flower**<br>**Laguna Niguel, CA 92677** | | **Membership Equity Holder** | | | | **$152,638.56** |

WJA SECURE INCOME FUND, LLC
23046 Avenida de la Carlota, LLC
Suite 150
Laguna Hills, CA 92653


Lei Lei Wang Ekvall
SMILEY WANG-EKVALL, LLP
3200 Park Center Drive, Suite 250
Costa Mesa, CA 92626


Blake Deluca
21492 Moresby Way
Lake Forest, CA 92630


Chang Chen Trust
125 Remington
Irvine, CA 92620


Elizabeth Dawn Cooper
Revocable Property Trust
3 Hillgrass Drive
Irvine, CA 92603


Equity Trust Co. Custodian FBO
The Roger and Marilou Heckman Family Tru
33555 Halyard Dr
Dana Point, CA 92629


Equity Trust Company Custodian FBO
Alan C Ivar, IRA
209 S. Stephanie St. B 124
Henderson, NV 89012


Equity Trust Company Custodian FBO
Laurel J. Enloe IRA
302 E. Cypress
Anaheim, CA 92805

Equity Trust Company Custodian FBO
Jill McFall IRA
8487 E. Frostwood St
Anaheim, CA 92808


ETC FBO
Robinson Family Dynasty Trust
4300 Southern Boulevard
Kettering, OH 45429


ETC FBO
Cannon Gasket, Inc. Pension PSP
7784 Edison Ave
Fontana, CA 92336


ETC FBO
William and Carolyn Huntenburg
61 Bolton Street #202
Cambridge, MA 02140


ETC FBO Angie B. Rust IRA
493 South Grand Street
Orange, CA 92866


ETC FBO Carl Roger Ekholm
35292 Vista De Todo,
Capistrano Beach, CA 92624


ETC FBO D. James Armstrong IRA
813 Amaryllis Lane
Venice, FL 34292


ETC FBO Daniel Winkelpleck IRA
6878 Etiwanda Avenue
Etiwanda, CA 91739

```
ETC FBO Elaine Garland
419 Main Street #33
Huntington Beach, CA 92648


ETC FBO Ferguson Family Trust
9 Stolen Will Court
Stafford, VA 22554


ETC FBO Fields Family Living Trust
28792 Mira Vista
Laguna Niguel, CA 92677


ETC FBO Goldberg-Pynchon Famiy Trust
444 North La Jolla Avenue
Los Angeles, CA 90048


ETC FBO John Clark Stancil
8517 Galway Place
San Diego, CA 92129


ETC FBO John Mack IRA
1838 Victoria Avenue
Los Angeles, CA 90019


ETC FBO Justin and Kristina Davis
22483 Mission Hills Lane
Yorba Linda, CA 92887


ETC FBO Kenneth James Terpening IRA
8516 Dreyfus Drive
Peoria, AZ 85381
```

```
ETC FBO Pinkowski Family Trust
2124 Colina Del Arco Iris
San Clemente, CA 92673


ETC FBO Ritch S. Wright IRA
9542 Scotstoun Drive
Huntington Beach, CA 92646


ETC FBO Robinson Living Trust
4300 Southern Boulevard
Kettering, OH 45429


ETC FBO Sarah Hodgman TTEE
1913 Rockmoor
Fort Worth, TX 76134


ETC FBO Susan Hagstrom
26616 Meadow Crest Drive
Laguna Hills, CA 92653


ETC FBO The Eggers Trust
28832 Drakes Bay
Laguna Niguel, CA 92677


ETC FBO Tom & Dori Lewis
33681 Scottys Cove Drive
Dana Point, CA 92629


ETC FBO Val Dodd IRA
2848 Saint Dizier
Henderson, NV 89044
```

```
Harmon Family Trust
47 Gema
San Clemente, CA 92672


Linda Remee Lemmon Trust
16282 Hawaii Lane
Huntington Beach, CA 92649


Marilou heckman
33555 Halyard Drive
Dana Point, CA 92629


Paul Joseph Kirch TTEE
35 Malibu
Laguna Niguel, CA 92677


Paul Lemmon and Linda Lemmon Trust
16282 Hawaii Lane
Huntington Beach, CA 92649


Secure California Income Fund
23046 Avenida De La Carlota, suite 150
Laguna Hills, CA 92653


Stan and Gail Savitski
1214 Via Visalia
San Clemente, CA 92672


TD Opportunity Fund
23046 Avenida De La Carlota, suite 150
Laguna Hills, CA 92653
```

```
The Wayne Mertes Company, A Partnership
8 Wild Flower
Laguna Niguel, CA 92677


WJA Real Estate Opportunity Fund II
23046 Avenida De La Carlota, suite 150
Laguna Hills, CA 92653
```